IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JULIAN A. RIGBY, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>FLUE-CURED TOBACCO COOPERATIVE STABILIZATION CORPORATION A/K/A/ FLUE CURED TOBACCO COOPERATIVE,<br><br>                Defendant. | Civil Action No. 7:05-CV-122-HL |

**MOTION TO DISMISS COUNT FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO TRANSFER VENUE OF THE REMAINING ACTION TO THE EASTERN DISTRICT OF NORTH CAROLINA**

Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a), Defendant Flue-Cured Tobacco Stabilization Corporation ("Stabilization") moves this court: to (1) dismiss Count Four of the First Amended Complaint (the "Complaint") for breach of contract in light of the alleged contract's exclusive forum selection clause; and (2) transfer venue of the remaining action to the United States District Court for the Eastern District of North Carolina, Western Division, because the Eastern District of North Carolina is a proper venue and a more convenient forum for the parties and witnesses, and a transfer would serve the interests of justice.

In support of this motion, and as required by Local Rule 7.1, Stabilization has filed contemporaneously herewith its Memorandum of Law and the Declaration of Arnold Hamm.

Dated: January 13, 2006.

By: /s/ Gerald M. Edenfield

Gerald M. Edenfield
Edenfield, Cox, Bruce & Classens, P.C.
115 Savannah Avenue
P.O. Box 1700
Statesboro, Georgia 30459
Telephone: 912-764-8600
Facsimile: 912-764-8862
E-mail: gerald@ecbcpc.com

James K. Dorsett, III (admitted *pro hac vice*)
Donald H. Tucker, Jr. (admitted *pro hac vice*)
Jackson Wyatt Moore (admitted *pro hac vice*)
SMITH ANDERSON BLOUNT DORSETT
 MITCHELL & JERNIGAN, L.L.P.
2500 Wachovia Capitol Center
P.O. Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6681
Facsimile: (919) 821-6800
E-mail: jdorsett@smithlaw.com
E-mail: dtucker@smithlaw.com
E-mail: jmoore@smithlaw.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Dismiss Count Four and to Transfer Venue of the Remaining Action to the Eastern District of North Carolina was filed with the Clerk of Court using the CM/ECF System which in turn will send notification of such filing to the following:

> Brent J. Savage
> Savage, Turner, Pinson & Karsman
> Post Office Box 10600
> Savannah, Georgia 31412
> E-mail:  bsavage@savagelawfirm.net
>
> Frederick S. Bergen
> Bergen & Bergen
> 123 E. Charlton Street
> Savannah, GA 31401-4603
> E-mail:  bergerlaws@aol.com
>
> F. David McCrea
> Law Office of David McCrea
> Post Office Box 412
> Alma, GA 31510
> E-mail:  davidlaw@accessatc.net

This the _____ day of January, 2006.

                                          /s/ Gerald M. Edenfield_____
                                        Gerald M. Edenfield

#840670_3.DOC